UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| COLBY HUTTON, on his own behalf and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DISCOUNT TIRE CO. OF WASHINGTON, INC., and DISCOUNT TIRE CO., INC.,<br><br>Defendants. | No. 2:25-cv-2008<br><br>DEFENDANTS' FED. R. CIV. P. 7.1 & LCR 7.1 CORPORATE DISCLOSURE STATEMENT |

Pursuant to Rule 7.1(a) and LCR 7.1, Defendants Discount Tire Co. of Washington, Inc. and Discount Tire Co., Inc. submit the following Corporate Disclosure Statement.

Discount Tire Co. of Washington, Inc. states that is incorporated in the State of Washington with its principal place of business in Scottsdale, Arizona. Thus, Discount Tire Co. of Washington, Inc. is a citizen of both the States of Washington and Arizona for purposes of diversity of citizenship. *See* 28 U.S.C. § 1332(c)(1).

Discount Tire Co., Inc. states that it is incorporated in the State of Arizona, with its principal place of business in Scottsdale, Arizona. Thus, Discount Tire Co., Inc. is a citizen of the State of Arizona for purposes of diversity of citizenship. *See id.*

DEFENDANTS' CORPORATE DISCLOSURE STATEMENT – 1

Both Discount Tire Co. of Washington, Inc. and Discount Tire Co., Inc. are wholly owned subsidiaries of The Reinalt-Thomas Corporation. The Reinalt-Thomas Corporation is incorporated in the State of Michigan, with its principal place of business in Scottsdale, Arizona. Thus, the Reinalt-Thomas Corporation is a citizen of both the States of Michigan and Arizona for purposes of diversity of citizenship. *See id.*

The Reinalt-Thomas Corporation is a privately held corporation and is not publicly traded. No publicly traded corporation owns 10% or more of the stock of Discount Tire Co. of Washington, Inc.; Discount Tire Co., Inc.; or The Reinalt-Thomas Corporation.

A supplemental disclosure statement will be filed upon any change in the information provided herein.

DATED this 15th day of October, 2025.

Davis Wright Tremaine LLP

By *s/ Lauren B. Rainwater*
Lauren B. Rainwater, WSBA #43625
Rachel Herd, WSBA #50339
Caitlyn Courtney, WSBA #62344
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
Telephone: 206-622-3150
E-mail: laurenrainwater@dwt.com
E-mail: rachelherd@dwt.com
E-mail: caitlyncourtney@dwt.com

*Attorneys for Defendants Discount Tire Co. of Washington, Inc. and Discount Tire Co., Inc.*

DEFENDANTS' CORPORATE DISCLOSURE STATEMENT – 2

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

# CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of October, 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, and I hereby certify that a copy was emailed and mailed by United States Postal Service to the following counsel.

Samuel J. Strauss, WSBA #46971
Raina C. Borrelli, *pro hac vice* forthcoming
STRAUSS BORRELLI, LLP
980 N. Michigan Avenue, Suite 1610
Chicago, IL 60611
Tel.: 872-263-1100
E-mail: sam@straussborrelli.com
E-mail: raina@straussborrelli.com

Lynn A. Toops, *pro hac vice* forthcoming
Natalie A. Lyons, *pro hac vice* forthcoming
Ian R. Bensberg, *pro hac vice* forthcoming
COHENMALAD, LLP
One Indiana Square, Suite 1400
Indianapolis, IN 46204
Tel.: 317-636-6481
E-mail: ltoops@cohenmalad.com
E-mail: nlyons@cohenmalad.com
E-mail: ibensberg@cohenmalad.com

Gerard J. Stranch, IV, *pro hac vice* forthcoming
Michael C. Tackeff, *pro hac vice* forthcoming
Andrew K. Murray, *pro hac vice* forthcoming
STRANCH, JENNINGS & GARVEY, PLLC
223 Rosa L. Parks Avenue, Suite 200
Nashville, TN 37203
Tel.: 615-254-8801
E-mail: gstranch@stranchlaw.com
E-mail: mtackeff@stranchlaw.com
E-mail: amurray@stranchlaw.com

*Attorneys for Plaintiff*

DATED this 15th day of October, 2025.

*s/ Lauren B. Rainwater*
Lauren B. Rainwater, WSBA #43625

DEFENDANTS' CORPORATE DISCLOSURE STATEMENT – 3