**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**OFFICE OF THE CLERK**
**AT SEATTLE**

RAVI SUBRAMANIAN
CLERK OF COURT
700 STEWART ST.
SEATTLE, WA 98101

October 17, 2025

To:      Counsel and pro se parties in Hutton v. Discount Tire Co of Washington Inc et al, 2:25−cv−02008−MLP
From:   Tim Farrell, Deputy Clerk

Re:     Assignment to United States Magistrate Judge; **Action required.**

This case has been assigned to United States Magistrate Judge Michelle L. Peterson for all purposes, including trial, final entry of judgment, and direct review by the Ninth Circuit Court of Appeals. *See* Amended General Order 02−19, 28 USC 636(c), Federal Rule of Civil Procedure 73, and Local Magistrate Judge Rule 13.

Consent to a Magistrate Judge is voluntary. Any party may decline consent by signing at the bottom and emailing this form to tim_farrell@wawd.uscourts.gov, or faxing it to 206−370−8425, or mailing to the above address. The form must be received by the court no later than **October 24, 2025.**     <u>Do not electronically file this form.</u>.

**<u>Each party will be deemed to have knowingly and voluntarily consented to proceed before the assigned Magistrate Judge, if this form is not returned by the above date</u>**.

If a party declines consent, the identity of the party declining consent will not be communicated to any judge.

☐ **I decline consent and request the case be assigned to a District Judge**

_____          _____          _____
Attorney/Party's Signature                    Party Represented                           Date Signed