— **EXHIBIT  A** —

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

COLBY HUTTON, on his own behalf and on behalf of others similarly situated,

Plaintiff,

vs.

THE REINALT-THOMAS CORPORATION,

Defendant.

Case No.: 2:25-cv-02008-TL

Honorable Judge Tana Lin

AMENDED CLASS ACTION COMPLAINT

<u>EXHIBIT A</u>

| Date | Subject Line |
| --- | --- |
| 4/7/2024 | LAST DAY to save on select Goodyear, Bridgestone and Firestone tires. |
| 7/14/2024 | Bridgestone and Firestone savings end today! |
| 7/21/2024 | FINAL DAY for Bridgestone and Pirelli deals! |
| 8/11/2024 | Final day to save on Continental, Bridgestone & Firestone tires! |
| 9/22/2024 | LAST DAY to save on Cooper and Goodyear tires! |
| 12/2/2024 | Cyber Monday Only: Up to $160 Off Tires & Wheels 🎡💻 |
| 1/5/2025 | LAST DAY to take $80 off a new set of tires! |
| 1/20/2025 | LAST DAY to save up to $80 on Michelin tires. |
| 3/16/2025 | Up to $160 OFF tires & wheels ends tonight! |
| 6/13/25 | $80 OFF Pirelli tires ends today! |
| 7/4/2025 | Last chance for up to $160 off tires & wheels. |

AMENDED CLASS ACTION COMPLAINT
Page 1

**Strauss Borrelli PLLC**
980 North Michigan Ave., Suite 1610
Chicago, Illinois 60611
TEL. 872.263.1100 • FAX 872.263.1109
straussborrelli.com