The Honorable Tana Lin

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| COLBY HUTTON, on his own behalf and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE REINALT-THOMAS CORPORATION,<br><br>Defendant. | No. 2:25-cv-02008-TL<br><br>STIPULATED MOTION AND [~~PROPOSED~~] ORDER TO EXTEND TIME FOR DEFENDANT TO RESPOND TO FIRST AMENDED COMPLAINT<br><br>NOTE ON MOTION CALENDAR: December 16, 2025 |

**STIPULATION**

Under Local Civil Rule 10(g), Plaintiff Colby Hutton ("Plaintiff") and Defendant The Reinalt-Thomas Corporation stipulate and agree, subject to the Court's approval, as follows:

1. On September 9, 2025, Plaintiff filed his Complaint in the Superior Court for Snohomish County, Case No. 25-2-08460-31. Dkt. 1, Ex. B.

2. Plaintiff served the Summons and Complaint on Discount Tire Co., Inc.'s registered agent on September 15, 2025. Dkt. 1, Ex. A.

3. On October 15, 2025, Discount Tire Co., Inc. removed the above-captioned case to this Court. Dkt. 1.

4. On October 22, 2025, this Court granted the Parties' Stipulated Motion to Extend Time for Defendant to Respond to Complaint. Dkt. 18.

STIP. MOT. TO EXTEND TIME TO
RESPOND TO FIRST AMENDED COMPLAINT
(No. 2:25-cv-02008-TL) – 1

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

5.      On October 22, 2025, this Court granted the Parties' agreed motion to drop as party defendants Discount Tire Co. of Washington, Inc. and Discount Tire Co., Inc. and add The Reinalt-Thomas Corporation as a party defendant.  Dkt. 17.

6.      On November 21, 2025, The Reinalt-Thomas Corporation filed its Motion to Dismiss.  Dkt. 20.

7.      On December 11, 2025, Plaintiff filed his First Amended Complaint ("FAC").  Dkt 22.

8.      Absent an extension, The Reinalt-Thomas Corporation's deadline to respond to the Complaint is December 26, 2025.  *See* Fed. R. Civ. P. 15(a)(3).

9.      To allow time for counsel to investigate the new and revised allegations in the FAC, the Parties agree and stipulate (subject to Court approval) to extend the deadline for The Reinalt-Thomas Corporation to respond to the FAC up to, and including, January 22, 2026.

10.     The Parties also agree and stipulate (subject to Court approval) that Plaintiff shall have up to and including February 19, 2026, to file any opposition that might be required.

11.     The Parties also agree and stipulate (subject to Court approval) that The Reinalt-Thomas Corporation shall have up to and including March 6, 2026, to file any reply to Plaintiff's opposition.

12.     The Parties agree that good cause exists under Federal Rule of Civil Procedure 6(b) to extend the Parties' deadlines as set forth herein.  The requested extension will provide The Reinalt-Thomas Corporation the additional time necessary to consider the new issues presented in the FAC and confer with Plaintiff, and account for the intervening winter holidays.

IT IS SO STIPULATED.

DATED this 16th day of December, 2025.

| STRAUSS BORRELLI, LLP | DAVIS WRIGHT TREMAINE LLP |
|---|---|
| By: *s/ Samuel J. Strauss* | By: *s/ Lauren B. Rainwater* |
| Samuel J. Strauss, WSBA #46971 | Lauren B. Rainwater, WSBA #43625 |
| Raina C. Borrelli, *pro hac vice* forthcoming | Rachel Herd, WSBA #50339 |

STIP. MOT. TO EXTEND TIME TO
RESPOND TO FIRST AMENDED COMPLAINT
(No. 2:25-cv-02008-TL) – 2

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

| | |
|---|---|
| 980 N. Michigan Avenue, Suite 1610<br>Chicago, IL 60611<br>sam@straussborrelli.com<br>raina@straussborrelli.com<br><br>COHENMALAD, LLP<br>Lynn A. Toops, *pro hac vice*<br>Natalie A. Lyons, *pro hac vice* forthcoming<br>Ian R. Bensberg, *pro hac vice* forthcoming<br>One Indiana Square, Suite 1400<br>Indianapolis, IN 46204<br>ltoops@cohenmalad.com<br>nlyons@cohenmalad.com<br>ibensberg@cohenmalad.com<br><br>STRANCH, JENNINGS & GARVEY, PLLC<br>Gerard J. Stranch, IV, *pro hac vice* forthcoming<br>Michael C. Tackeff, *pro hac vice*<br>Andrew K. Murray, *pro hac vice* forthcoming<br>223 Rosa L. Parks Avenue, Suite 200<br>Nashville, TN 37203<br>gstranch@stranchlaw.com<br>mtackeff@stranchlaw.com<br><br>**Attorneys for Plaintiff Colby Hutton** | Caitlyn C. Courtney, WSBA #62344<br>920 Fifth Avenue, Suite 3300<br>Seattle, WA 98104-1610<br>Telephone: 206-622-3150<br>laurenrainwater@dwt.com<br>rachelherd@dwt.com<br>caitlyncourtney@dwt.com<br><br>**Attorneys for Defendant The Reinalt-Thomas Corporation** |

STIP. MOT. TO EXTEND TIME TO
RESPOND TO FIRST AMENDED COMPLAINT
(No. 2:25-cv-02008-TL) – 3

## [PROPOSED] ORDER

For good cause shown, the Court GRANTS the Parties' stipulated motion and hereby extends the time for The Reinalt-Thomas Corporation to respond to the First Amended Complaint through and including January 22, 2026.  Plaintiff shall have up to and including February 19, 2026, to file any opposition that might be required, and The Reinalt-Thomas Corporation shall have up to and including March 6, 2026, to file any reply to Plaintiff's opposition.

IT IS SO ORDERED this 16th day of December, 2025.

_____
Honorable Tana Lin
United States District Judge

Presented by:

STRAUSS BORRELLI, LLP
Samuel J. Strauss, WSBA #46971
Raina C. Borrelli, *pro hac vice* forthcoming
980 N. Michigan Avenue, Suite 1610
Chicago, IL 60611
sam@straussborrelli.com
raina@straussborrelli.com

COHENMALAD, LLP
Lynn A. Toops, *pro hac vice*
Natalie A. Lyons, *pro hac vice* forthcoming
Ian R. Bensberg, *pro hac vice* forthcoming
One Indiana Square, Suite 1400
Indianapolis, IN 46204
ltoops@cohenmalad.com
nlyons@cohenmalad.com
ibensberg@cohenmalad.com

STRANCH, JENNINGS & GARVEY, PLLC
Gerard J. Stranch, IV, *pro hac vice* forthcoming
Michael C. Tackeff, *pro hac vice*

DAVIS WRIGHT TREMAINE LLP
Lauren B. Rainwater, WSBA #43625
Rachel Herd, WSBA #50339
Caitlyn C. Courtney, WSBA #62344
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
Telephone: 206-622-3150
laurenrainwater@dwt.com
rachelherd@dwt.com
caitlyncourtney@dwt.com

***Attorneys for Defendant The Reinalt-Thomas Corporation***

STIP. MOT. TO EXTEND TIME TO
RESPOND TO FIRST AMENDED COMPLAINT
(No. 2:25-cv-02008-TL) – 4

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

1  Andrew K. Murray, *pro hac vice* forthcoming
   223 Rosa L. Parks Avenue, Suite 200
2  Nashville, TN 37203
   gstranch@stranchlaw.com
3  mtackeff@stranchlaw.com

4  **Attorneys for Plaintiff Colby Hutton**

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

STIP. MOT. TO EXTEND TIME TO
RESPOND TO FIRST AMENDED COMPLAINT
(No. 2:25-cv-02008-TL) – 5

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax