The Honorable Tana Lin

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

COLBY HUTTON, on his own behalf and on behalf of all others similarly situated,

        Plaintiff,

    v.

THE REINALT-THOMAS CORPORATION,

        Defendant.

No. 2:25-cv-02008-TL

DECLARATION OF LAUREN B. RAINWATER IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS FIRST AMENDED COMPLAINT

I, Lauren B. Rainwater, declare as follows:

1.      I am a partner at the law firm Davis Wright Tremaine LLP, and am counsel for The Reinalt-Thomas Corporation ("Discount Tire") in the above-captioned matter. I am over 18 years of age and competent to submit this declaration.

2.      Based on the descriptions in the First Amended Complaint and a review of relevant records from Discount Tire in the course of my representation, **Exhibits 1–4** are true and correct copies of the emails dated June 13, 2025, June 20, 2025, July 4, 2025, and July 8, 2025 that I understand Plaintiff is referencing at Paragraphs 82 to 86 and Exhibit A of the First Amended Complaint. Internal email addresses have been redacted.

DECL. OF L. RAINWATER I.S.O. DEF.'S MOT. TO DISMISS
FIRST AMENDED COMPLAINT
(No. 2:25-cv-02008-TL) – 1

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

1    I declare the foregoing is true and correct to the best of my knowledge under penalty of

2    perjury.

3        Executed this 22nd day of January 2026, in Seattle, Washington.

4                                    *s/ Lauren B. Rainwater*
                                    Lauren B. Rainwater
5

DECL. OF L. RAINWATER I.S.O. DEF.'S MOT. TO DISMISS
FIRST AMENDED COMPLAINT
(No. 2:25-cv-02008-TL) – 2

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

# EXHIBIT 1

| | |
|---|---|
| **From:** | Discount Tire <dtc-email@discounttire-email.com> |
| **Sent:** | Friday, June 13, 2025 5:43 AM |
| **To:** | |
| **Subject:** | $80 OFF Pirelli tires ends today! |

[View Email Online](#)



LET'S GET YOU TAKEN CARE OF®



## *Save on tires AND wheels for a new summer look!*

**SHOP INSTANT DEALS**

**Ends today!**

| | |
|---|---|
| **$80 off** | • Pirelli |

1

Select sets of tires from

| Now through June 15 | Now through June 16 |
|---|---|
| **Up to $80 off** | **Up to $80 off** |
| Select sets of tires from: <br> • Goodyear <br> • Cooper | Select sets of tires from: <br> • Yokohama |

Now through June 16, get up to 10% off select in-stock wheels from American Outlaw, Liquid Metal, Moto Metal, and Vision. Save big when you put together a custom tire and wheel package and roll out of the bay with a whole new look for your vehicle.

Just create or sign in to your free Discount Tire online account. Your instant savings will be added to your cart!

## MORE DEALS:

See more ways to save with rebates-by-mail.

**SHOP ALL DEALS**



### Discount Tire Card Savings

## SAVE 5% INSTANTLY

**Use your Discount Tire credit card for 5% off tires and wheels at checkout with any total purchase of $599 or more (after discounts).**

**VIEW OFFER DETAILS**

**Buy today and pay over time**

# Affirm

Fill your cart, schedule your installation and choose Affirm as your payment method at checkout. Don't have an account? Sign-up is fast and easy. Payment plans are in your hands!

**LEARN MORE**



The **Discount Tire credit card** can give you the benefit of paying for your tire and wheel purchase over time with available promotional financing, no annual fee and a fast and easy online application.

**LEARN MORE AND APPLY NOW**

 

Upon check-in with a scheduled appointment, you'll be first in line for the next available service bay.

**SCHEDULE AN APPOINTMENT**



Let **Treadwell, your personal tire guide**, assist in choosing the best tires for you! Same professional tire recommendations you receive at the store!

**SHOP FOR TIRES WITH TREADWELL**



Discount Tire
20225 N. Scottsdale Road
Scottsdale, AZ 85255

Privacy Policy | Email Preferences | Unsubscribe

© 2025 Discount Tire

# EXHIBIT 2

**From:**     Discount Tire <dtc-email@discounttire-email.com>
**Sent:**     Fridav. June 20. 2025 5:43 AM
**To:**
**Subject:**  $80 OFF tires from Pirelli, Bridgestone & Continental.

View Email Online



LET'S GET YOU TAKEN CARE OF®



## *Electrifying savings on EV tires and more!*

<div style="background:red">SHOP INSTANT DEALS</div>

**Now Through June 22**

# $80 off

- Pirelli

Sets of EV tires from

| Now through June 24 | Now through June 27 |
|---|---|
| **$80 off** | **$80 off** |
| Any set of tires from: | Select sets of tires from: |
| • **Bridgestone** (excludes winter tires) | • **Continental** |

Just create or sign in to your free Discount Tire online account. Your instant savings will be added to your cart!

## MORE DEALS:

See more ways to save with rebates-by-mail.

**SHOP ALL DEALS**

**Buy today and pay over time**

# Affirm

Fill your cart, schedule your installation and choose Affirm as your payment method at checkout. Don't have an account? Sign-up is fast and easy. Payment plans are in your hands!

**LEARN MORE**





### Discount Tire Card Savings

## SAVE 5% INSTANTLY

**Use your Discount Tire credit card for 5% off tires and wheels at checkout with any total purchase of $599 or more (after discounts).**

**VIEW OFFER DETAILS**

The **Discount Tire credit card** can give you the benefit of paying for your tire and wheel purchase over time with available promotional financing, no annual fee and a fast and easy online application.

**LEARN MORE AND APPLY NOW**




Upon check-in with a scheduled appointment, you'll be first in line for the next available service bay.

**SCHEDULE AN APPOINTMENT**



Let **Treadwell, your personal tire guide**, assist in choosing the best tires for you! Same professional tire recommendations you receive at the store!

SHOP FOR TIRES WITH TREADWELL



Discount Tire
20225 N. Scottsdale Road
Scottsdale, AZ 85255

Privacy Policy | Email Preferences | Unsubscribe

© 2025 Discount Tire

# EXHIBIT 3

| | |
|---|---|
| **From:** | Discount Tire <dtc-email@discounttire-email.com> |
| **Sent:** | Friday. July 4. 2025 6:13 AM |
| **To:** | |
| **Subject:** | Last chance for up to $160 off tires & wheels. |

View Email Online



**LET'S GET YOU TAKEN CARE OF**

## *Just hours left for big 4th of July savings!*

**SHOP INSTANT DEALS**

**Ends Today!**

# $80 off

Select sets of tires from:
- Bridgestone
- Toyo
- Yokohama
- Pirelli
- Goodyear
- Cooper
- Continental

Roll through summer with new rims! **Get another $80 off select wheel sets** from more than 20 wheel brands, including Liquid Metal, Vision, and Vöxx. You could save **up to $160 total** on a complete wheel and tire package with one low installation price!

Just create or sign in to your free Discount Tire online account. Your instant savings will be added to your cart!

## MORE DEALS:

Check out rebates-by-mail, closeout pricing and more.

**SHOP ALL DEALS**



### Discount Tire Card Savings

## SAVE 10% INSTANTLY

**Use your Discount Tire credit card for 10% off tires and wheels at checkout with any total purchase of $599 or more (after discounts).**

**VIEW OFFER DETAILS**

**Buy today and pay over time**

# Affirm

Fill your cart, schedule your installation and choose Affirm as your payment method at checkout. Don't have an account? Sign-up is fast and easy. Payment plans are in your hands!

**LEARN MORE**



The **Discount Tire credit card** can give you the benefit of paying for your tire and wheel purchase over time with available promotional financing, no annual fee and a fast and easy online application.

**LEARN MORE AND APPLY NOW**



Don't wait until you're caught in a summer storm to find out. We recommend inspecting your wiper blades every 6 months. And as a rule of thumb, they should be replaced once a year, or if they are squeaking, skipping, splitting, or streaking.

**SHOP WIPER BLADES**



Let **Treadwell, your personal tire guide**, assist in choosing the best tires for you! Same professional tire recommendations you receive at the store!

**SHOP FOR TIRES WITH TREADWELL**



Discount Tire
20225 N. Scottsdale Road
Scottsdale, AZ 85255

Privacy Policy | Email Preferences | Unsubscribe

© 2025 Discount Tire

# EXHIBIT 4

**From:**              Discount Tire <dtc-email@discounttire-email.com>
**Sent:**              Tuesday. July 8. 2025 7:43 AM
**To:**
**Subject:**           Summer Savings start now—up to $160 of tires & wheels.

View Email Online



LET'S GET YOU TAKEN CARE OF®

## *Don't wait for a rebate—save NOW!*

<div style="background:#c8102e;color:#fff;padding:8px">SHOP INSTANT DEALS</div>

**Now Through July 11**

# $80 off

Select sets of tires from:

- Michelin
- BFGoodrich
- Bridgestone
- Toyo
- Yokohama

- Pirelli
- Goodyear
- Cooper
- Continental
- Nitto

Let the sun shine on new rims! **Get another $80 off select wheel sets** from more than 20 brands, including American Outlaw, Moto

Metal, and Vöxx. You could save **up to $160 total** on a complete wheel and tire package with one low installation price!

Just create or sign in to your free Discount Tire online account. Your instant savings will be added to your cart!

## MORE DEALS:

Check out rebates-by-mail, closeout pricing and more.

SHOP ALL DEALS



### Discount Tire Card Savings

## SAVE 5% INSTANTLY

**Use your Discount Tire credit card for 5% off tires and wheels at checkout with any total purchase of $599 or more (after discounts).**

VIEW OFFER DETAILS

**Buy today and pay over time**

# Affirm

Fill your cart, schedule your installation and choose Affirm as your payment method at checkout. Don't have an account? Sign-up is fast and easy. Payment plans are in your hands!

LEARN MORE



The **Discount Tire credit card** can give you the benefit of paying for your tire and wheel purchase over time with available promotional financing, no annual fee and a fast and easy online application.

LEARN MORE AND APPLY NOW



Don't wait until you're caught in a summer storm to find out. We recommend inspecting your wiper blades every 6 months. And as a rule of thumb, they should be replaced once a year, or if they are squeaking, skipping, splitting, or streaking.

SHOP WIPER BLADES



Let **Treadwell, your personal tire guide**, assist in choosing the best tires for you! Same professional tire recommendations you receive at the store!

**SHOP FOR TIRES WITH TREADWELL**



Discount Tire
20225 N. Scottsdale Road
Scottsdale, AZ 85255

Privacy Policy | Email Preferences | Unsubscribe

© 2025 Discount Tire

4